## JOSEPH BARKER v. THOMAS REYNOLDS.

Court of Common Pleas.   December 3, 1814.

*Clayton's Notebook, 36.*

*Ridgely,* for plaintiff, moved for a new trial because the jury had given less than they ought.

*Clayton* and *Hall* opposed the motion.

PER CURIAM. It appeared that Orrell, the clerk, had dealings with the defendant and that the defendant had taken receipts signed "John Orrell" only, which receipts have by the jury been defalked as acknowledgments of Barker, the plaintiff. The circumstances are such, on the whole, that we think plaintiff has not adduced all the evidence in his power and has been surprised.

(*Vide Price v. Brown,* 2 Str. 691.)

New trial granted.